## NATIONAL LIFE INS. CO. v. CUFF.

No. 838. Opinion Filed May 9, 1911.

Rehearing Denied June 27, 1911.

(116 Pac. 437.)

**INSURANCE POLICY.** Same as the syllabus in Farmers' & Merchants' Insurance Company v. J. J. Cuff (No. 837), ante, 116 Pac. 435, heretofore decided on this date.

(Syllabus by the Court.)

*Error from District Court, Pottawatomie County; W. N. Maben, Judge.*

Action by J. J. Cuff against the National Life Insurance Company. Judgment for plaintiff, and defendant brings error. Modified and affirmed.

*C. W. Stringer,* for plaintiff in error.

*P. O. Cassidy* and *W. M. Engart,* for defendant in error.

WILLIAMS, J. The facts in this case are identical with those in *Farmers' & Merchants' Insurance Company v. J. J. Cuff* (No. 837), *ante,* 116 Pac. 435, heretofore decided on this date.

On the authority of this case, the judgment of the lower court will be so modified as to reduce the amount thereof from $880 to $813.05. In all other respects it is affirmed. Let the costs be divided between the parties hereto.

All the Justices concur.